No. 544. HORNBLOWER ET AL. *v.* McGRAY. Appeal from the Superior Court of Massachusetts. Decided December 13, 1937. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted, and the appeal is dismissed for the want of a substantial federal question. *First National Bank* v. *Missouri,* 263 U. S. 640, 656; *Lewis* v. *Fidelity Co.,* 292 U. S. 559, 566; *Jennings* v. *U. S. F. & G. Co.,* 294 U. S. 216, 219. *Messrs. Edward C. Park* and *Lothrop Withington* for appellants. *Mr. Milton Gordon* for appellee.

No. 569. BARNETT *v.* ROGERS, SHERIFF. Appeal from the Supreme Court of Oklahoma. Decided December 13, 1937. *Per Curiam:* The appeal herein is dismissed for the reason that the judgment sought here to be reviewed is based upon a non-federal ground adequate to support it. *Brooks* v. *Missouri,* 124 U. S. 394, 400; *John* v. *Paullin,* 231 U. S. 583, 585; *Nevada-California-Oregon Ry.* v. *Burres,* 244 U. S. 103, 105; *Central Union Co.* v. *Edwardsville,* 269 U. S. 190, 195; *Kammerer* v. *Kroeger,* 299 U. S. 302. *Mr. J. D. Lydick* for appellant. No appearance for appellee.

No. 590. EHLERS *v.* NEBRASKA. Appeal from the Supreme Court of Nebraska. Decided December 13, 1937. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925, 43 Stat. 936, 937. Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by § 237 (c), Judicial Code, as amended, 43 Stat. 936, 938, certiorari is denied. *Mr. Eugene D. O'Sullivan* for appellant. No appearance for appellee.